# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF LOUISIANA

IN RE: GUIDRY, PHILIP & DEBBIE            CASE NO. 18-10677

DEBTOR(S)            CHAPTER 7

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice of Assets has been mailed to all parties listed on the attached mailing matrix and to the U.S. Trustee, Texaco Center, Suite 2110, 400 Poydras Street, New Orleans, Louisiana 70130, by placing a copy of same in the United States mail, first class, postage prepaid and properly addressed on this __2nd__ day of _August_, 2018.

_s/Amanda Boothe_

| | | |
|---|---|---|
| Label Matrix for local noticing<br>053N-3<br>Case 18-10677<br>Middle District of Louisiana<br>Baton Rouge<br>Thu Aug  2 13:49:59 CDT 2018 | Armentor & Associates<br>12605 S. Harells Ferry Rd.<br>Baton Rouge, LA 70816-2563 | Ascentium Capital<br>P. O. Box 301593<br>Dallas, TX 75303-1593 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>P. O. Box 60599<br>City of Industry, CA 91716-0599 | Capital One Bank<br>PO Box 60599<br>City of Industry, CA 91716-0599 |
| Capital One, N.A.<br>P. O. Box 105385<br>Atlanta, GA 30348-5385 | Chase<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | Chase Card Member Services<br>P. O. Box 6294<br>Carol Stream, IL 60197-6294 |
| Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chevy Chase Fed Sav Ba<br>Capital One/ATTN:  Bankruptcy<br>P. O. Box 30285<br>Salt Lake City, UT 84130-0285 | Citizen's Bank & Trust<br>P. O. Box 659<br>Plaquemine, LA 70765-0659 |
| City of Plaquemine Light & Water<br>P. O. Box 777<br>Plaquemine, LA 70765-0777 | Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| District Counsel<br>Internal Revenue Service<br>PO Box 30509<br>New Orleans, LA 70190-0509 | Doerle<br>113 Kol Dr.<br>P. O. Box 1440<br>Broussard, LA 70518-1440 | Eagle Refrigeration<br>6220 Holly Field Dr.<br>Baton Rouge, LA 70809-4242 |
| Eatel<br>P. O. Box 880<br>Gonzales, LA 70707-0880 | Essential Federal Credit Union<br>P. O. Box 91001<br>Baton Rouge, LA 70821-9001 | Evergreen Financial Services, Inc.<br>58725 Belleview Road, Suite D-4<br>Plaquemine, LA 70764-3948 |
| Fire Tech<br>P. O. Box 513<br>Port Allen, LA 70767-0513 | Heartland Payment<br>One Heartland Way<br>Jeffersonville, IN 47130-5870 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LA Dept. of Revenue<br>PO Box 3440<br>Baton Rouge, LA 70821-3440 | Louisiana Department of Revenue<br>P.O. Box 3138<br>Baton Rouge, LA 70821-3138 | Louisiana Department of Revenue<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 |
| MG Rentals/Mary Sue Gulotta<br>24020 Eden St.<br>Plaquemine, LA 70764-3320 | Macy's<br>P. O. Box 9001094<br>Louisville, KY 40290-1094 | New Penn Financial<br>c/o Shellpoint Mortgage Servicing<br>PO Box 740039<br>Cincinnati, OH 45274-0039 |

| | | |
|---|---|---|
| Office of U.S. Attorney<br>Middle District of Louisiana<br>777 Florida Street, Ste 208<br>Baton Rouge, LA 70801-1717 | Office of the U.S. Trustee<br>Region V, Texaco Center, Ste. 2110<br>400 Poydras Street<br>New Orleans, LA 70130-3238 | Parish of Iberville<br>P. O. Drawer 231<br>Plaquemine, LA 70765-0231 |
| Parish of Iberville<br>PO Box 355<br>Plaquemine, LA 70765-0355 | Plaquemine Bank & Trust<br>P. O. BOx 626<br>Plaquemine, LA 70765-0626 | Police Oficer Association<br>1029 Hwy. 6 N., Ste. 650-119<br>Houston, TX 77079-1043 |
| Radio America<br>P. O. Box 3307<br>Oak Park, IL 60303-3307 | U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130-3238 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Wishing Well Foundation<br>P. O. Box 1554<br>Marrero, LA 70073-1554 | Debbie Tregre Guidry<br>24006 Baist Street<br>Plaquemine, LA 70764-3247 |
| Greg Gouner<br>11750 Bricksome<br>Ste. C<br>Baton Rouge, LA 70816-5332 | Martin A. Schott<br>7922-B Wrenwood Blvd.<br>Baton Rouge, LA 70809-1785 | Philip Fredric Guidry<br>24006 Baist Street<br>Plaquemine, LA 70764-3247 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>1555 Poydras Street, Ste 220<br>Stop 31<br>New Orleans, LA 70112 | US Bank<br>P. O. Box 790179<br>Saint Louis, MO 63179-0179 | (d)Us Bank<br>Pobox 5229<br>Cincinnati, OH 45201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (d)Plaquemine Bank & Trust<br>P. O. Box 626<br>Plaquemine, LA 70765-0626 | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients    2<br>Total                  46 |