UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

In Re:

Philip Guidry  
Debbie Guidry  
Debtors

Case No. 18-10677

Chapter 7

## ORDER SETTING HEARING

On the court's motion, considering the trustee's *ex parte* Application to Employ BK Global [P-39], the record of the case and applicable law,

IT IS ORDERED that a hearing will be held on the trustee's Application to Employ [P-39] on **December 19, 2018 at 2:00 p.m.** at the United States Bankruptcy Court for the Middle District of Louisiana, 707 Florida Street, Room 222, Baton Rouge, Louisiana.

IT IS FURTHER ORDERED that any objection be filed and served no later than **December 17, 2018 at 12:00 noon**.  No further responses, supplementation or memoranda are allowed without prior leave of court.

IT IS FURTHER ORDERED that the trustee give notice of the hearing to all parties entitled to notice no later than **December 6, 2018**.

Baton Rouge, Louisiana, December 6, 2018.

<u>s/ Douglas D. Dodd</u>  
DOUGLAS D. DODD  
UNITED STATES BANKRUPTCY JUDGE