UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

PHILIP GUIDRY
DEBBIE GUIDRY
DEBTORS

CASE NO. 18-10677

CHAPTER 7

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE
TO RETAIN BK GLOBAL REAL ESTATE SERVICES
TO PROCURE PUBLIC SALE PURSUANT TO 11 U.S.C. § 327**

Considering the Chapter 7 Trustee's application to Retain BK Global Real Estate Services to Procure Public Sale Pursuant to 11 U.S.C. §327 [P-39], the record of the case, applicable law, and for reasons rendered orally at the December 19, 2018 hearing,

IT IS ORDERED that the Chapter 7 Trustee is authorized to retain BK Global Real Estate Services pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code.

IT IS FURTHER ORDERED that the proposed real estate listing agreement is approved and the chapter 7 trustee is authorized to execute the same on behalf of this bankruptcy estate as he deems appropriate.

Baton Rouge, Louisiana, January 9, 2019.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE